```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 09953
   DEBRA A. KELLY
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-3964


----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 06/04/07 .

    2.   The case was converted to Chapter 7 without confirmation, 10/26/2007.

    3.   The Debtor paid a total of $    3157.87 .

    4.   The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
----------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG         .00            .00             .00
NISSAN MOTOR ACCEPTANCE    SECURED VEHIC         .00            .00         1287.76
INTERNAL REVENUE SERVICE   SPECIAL CLASS   NOT FILED            .00             .00
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED            .00             .00
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED            .00             .00
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED            .00             .00
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED            .00             .00
CITIBANK NA                UNSECURED       NOT FILED            .00             .00
CITIBANK NA                UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED       NOT FILED            .00             .00
JC PENNEY                  UNSECURED       NOT FILED            .00             .00
KOHLS                      UNSECURED       NOT FILED            .00             .00
SAMS CLUB                  UNSECURED       NOT FILED            .00             .00
SEARS                      UNSECURED       NOT FILED            .00             .00
VERIZON WIRELESS           UNSECURED       NOT FILED            .00             .00
CHASE HOME FINANCE         MORTGAGE ARRE   NOT FILED            .00             .00
        Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED     OTHER        TOTAL

TOTAL CLMS ALLOWED       .00          .00          .00        .00          .00
PRINCIPAL PAID       1287.76          .00          .00        .00      1287.76
INTEREST PAID            .00          .00          .00        .00          .00
TOTAL PAID           1287.76          .00          .00        .00      1287.76
The Debtor's attorney, RONALD E LANG                  , was allowed $       .00
and was paid $         .00 .

The Trustee received $      50.77 .

Refunds to the Debtor totaled $    1819.34 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 09953 DEBRA A. KELLY